**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**UNITED STATES OF AMERICA,**

v.

**LEWIS A. YOUNG,**      Criminal Action 7:98-CR-15 (HL)

    Defendant.

## ORDER

On February 7, 2012, the Court appointed the Federal Defenders of the Middle District of Georgia, Inc. to represent Defendant Lewis A. Young in connection with consideration of a reduction in sentence in accordance with 18 U.S.C. § 3582(c)(2) and USSG § 1B1.10(c), Amendment #750. Attorney Catherine Leek of the Federal Defenders entered an appearance in this case on April 13, 2012. The Court orders Ms. Leek to file a supplemental motion and brief regarding the defendant's eligibility for the reduction in sentence on or before Wednesday, May 16, 2012, which is no later than thirty days from the date of this Order.

**SO ORDERED**, this 17th day of April, 2012.

                                                 *s/ Hugh Lawson*
                                                 HUGH LAWSON, SENIOR JUDGE

ebr